**FILED**
APR 1 5 2008
Apr 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

TONY SHOULTZ
Plaintiff PRO SE

v.

WARDEN
TERRY L. McCANN
Defendant(s)

CASE NUMBER  08 C 2110

JUDGE _____

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, MR. SHOULTZ, TONY N57945 declare that I am the ☒plaintiff ☐petitioner ☐movant (other N/A ) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/(petition)/motion/appeal. In support of this petition/(application)/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒Yes   ☐No   (If "No," go to Question 2)
   I.D. # N57945   Name of prison or jail: STATEVILLE CORRECTION CENTER
   Do you receive any payment from the institution? ☒Yes ☐No   Monthly amount: $10.00 (WHEN NOT ON LOCKDOWN)

2. Are you currently employed?   ☐Yes   ☒No
   Monthly salary or wages: N/A
   Name and address of employer: N/A

   a. If the answer is "No":
      Date of last employment: 04-1999 to 06-2002
      Monthly salary or wages: $45.00 INSTITUTIONAL PAINTER
      Name and address of last employer: STATEVILLE CORRECTION CENTER, ROUTE #53, JOLIET, ILLINOIS, 60434

   b. Are you married?   ☐Yes   ☒No
      Spouse's monthly salary or wages: N/A
      Name and address of employer: N/A

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages     ☐Yes   ☒No
      Amount N/A   Received by N/A

-1 OF 5-

b. ☐ Business, ☐ profession or ☐ other self-employment   N/A   ☐Yes   ☒No
Amount _N/A_ Received by _N/A_

c. ☐ Rent payments, ☐ interest or ☐ dividends   N/A   ☐Yes   ☒No
Amount _N/A_ Received by _N/A_

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
   ☐Yes   ☒No
Amount _N/A_ Received by _N/A_

e. ☒ Gifts or ☒ inheritances → Proceedings on Dr. Rudolph S. Shoultz pending.  ☒Yes ☐No
Amount _$250.⁰⁰ OR $150.⁰⁰ A MONTH IN PAST TWELVE MONTHS._ Received by _MS. EDDIE MAE WARD_

f. ☒ Any other sources (state source: _GIFTS_)  ☒Yes ☐No
Amount _$200.⁰⁰_ Received by _BETHEL A.M.E. CHURCH, REV. G. LASLEY, FAMILY AND FRIENDS, ON CHRISTMAS HOLIDAY_

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?   ☐Yes   ☒No   Total amount: _N/A_
In whose name held: _N/A_ Relationship to you: _N/A_

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments? _N/A_   ☐Yes   ☒No
Property: _N/A_ Current Value: _N/A_
In whose name held: _N/A_ Relationship to you: _N/A_

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?   ☐Yes   ☒No
Address of property: _N/A_
Type of property: _N/A_ Current value: _N/A_
In whose name held: _N/A_ Relationship to you: _N/A_
Amount of monthly mortgage or loan payments: _N/A_
Name of person making payments: _N/A_

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
   ☐Yes   ☒No
Property: _N/A_
Current value: _N/A_
In whose name held: _N/A_ Relationship to you: _N/A_

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents
_N/A_
_N/A_

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: March 17, 2008

_____
Signature of Applicant

*Monthly average should be lower*
(7 months) was given on the Trust Fund Account, instead of six.

Mr. Shoultz, T..
(Print Name)

NOTICE TO PRISONERS: A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

6 MTH. AUDIT
(7 MTH. AUDIT DONE),
09/21/07 - 03/17/08
NEXT TWO PAGES
(4 and 5),→

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, **SHOULTZ**, I.D.# **N57945**, has the sum of $ **1.27** on account to his/her credit at (name of institution) **Stateville CC**.

I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ **29.33**.

(Add all deposits from all sources and then divide by number of months).

**3-20-08**
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER

T. Cirricione
(Print name)

rev. 10/10/2007

- 3 - OF 5 -

```
Date:  3/20/2008                          Stateville Correctional Center                              Page 1
Time:  8:05am                                      Trust Fund
d_list_inmate_trans_statement_composite       Inmate Transaction Statement
```

REPORT CRITERIA - Date: 09/20/2007 thru End;   Inmate: N57945;   Active Status Only ? : No;   Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: N57945 Shoultz, Tony E.**                     **Housing Unit: STA-C -10-47**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| | | | | | Beginning Balance: | | 65.92 |
| 09/21/07 | Disbursements | 80 Postage | 264390 | Chk #136340 | g0921055, DOC: 523 Fund Inmate, Inv. Date: 09/21/2007 | -.49 | 65.43 |
| 09/21/07 | Disbursements | 80 Postage | 264390 | Chk #136340 | g0920082, DOC: 523 Fund Inmate, Inv. Date: 09/20/2007 | -1.23 | 64.20 |
| 09/21/07 | Disbursements | 80 Postage | 264390 | Chk #136340 | j920085, DOC: 523 Fund Inmate, Inv. Date: 09/20/2007 | -.41 | 63.79 |
| 09/21/07 | Disbursements | 80 Postage | 264390 | Chk #136340 | g0919091, DOC: 523 Fund Inmate, Inv. Date: 09/19/2007 | -.41 | 63.38 |
| 09/21/07 | Point of Sale | 60 Commissary | 2647116 | 507341 | Commissary | -34.16 | 29.22 |
| 09/24/07 | Disbursements | 80 Postage | 267390 | Chk #136374 | g0921107, DOC: 523 Fund Inmate, Inv. Date: 09/21/2007 | -.41 | 28.81 |
| 10/02/07 | Disbursements | 80 Postage | 275390 | Chk #136509 | j1001308, DOC: 523 Fund Inmate, Inv. Date: 10/01/2007 | -.41 | 28.40 |
| 10/03/07 | Mail Room | 01 MO/Checks (Not Held) | 2762164 | 11786887708 | Ward, Eddie Mae | 50.00 | 78.40 |
| 10/03/07 | Mail Room | 01 MO/Checks (Not Held) | 2762164 | 11786887697 | Ward, Eddie Mae | 50.00 | 128.40 |
| 10/03/07 | Mail Room | 01 MO/Checks (Not Held) | 2762164 | 11419831721 | Shoultz, Vera | 25.00 | 153.40 |
| 10/04/07 | Point of Sale | 60 Commissary | 277781 | 508553 | Commissary | -22.62 | 130.78 |
| 10/09/07 | Payroll | 20 Payroll Adjustment | 282190 | | P/R month of 09/2007 | 4.42 | 135.20 |
| 10/10/07 | Point of Sale | 60 Commissary | 2837137 | 509511 | Commissary | -79.14 | 56.06 |
| 10/17/07 | Point of Sale | 60 Commissary | 290781 | 510659 | Commissary | -45.76 | 10.30 |
| 10/24/07 | Disbursements | 80 Postage | 297390 | Chk #136843 | C1019026, DOC: 523 Fund Inmate, Inv. Date: 10/19/2007 | -.49 | 9.81 |
| 11/06/07 | Point of Sale | 60 Commissary | 310783 | 511923 | Commissary | -7.98 | 1.83 |
| 11/08/07 | Mail Room | 01 MO/Checks (Not Held) | 3122164 | 08-749801545 | Ward, Eddie Mae | 27.00 | 28.83 |
| 11/12/07 | Payroll | 20 Payroll Adjustment | 316190 | | P/R month of 10/2007 | 10.00 | 38.83 |
| 11/13/07 | Point of Sale | 60 Commissary | 3177137 | 513249 | Commissary | -11.34 | 27.49 |
| 11/20/07 | Point of Sale | 60 Commissary | 324781 | 514562 | Commissary | -23.83 | 3.66 |
| 11/21/07 | Mail Room | 01 MO/Checks (Not Held) | 3252164 | 11101346190 | Ward, Eddie Mae | 50.00 | 53.66 |
| 11/21/07 | Mail Room | 01 MO/Checks (Not Held) | 3252164 | 11101346201 | Ward, Eddie Mae | 25.00 | 78.66 |
| 11/22/07 | Disbursements | 80 Postage | 326390 | Chk #137269 | C1119053, DOC: 523 Fund Inmate, Inv. Date: 11/19/2007 | -.41 | 78.25 |
| 12/04/07 | Point of Sale | 60 Commissary | 3387137 | 515685 | Commissary | -8.24 | 70.01 |
| 12/04/07 | Disbursements | 80 Postage | 338390 | Chk #137461 | g1204040, DOC: 523 Fund Inmate, Inv. Date: 12/04/2007 | -11.89 | 58.12 |
| 12/04/07 | AP Correction | 80 Postage | 338590 | Chk #137461 Voided | g1204040 - DOC: 523 Fund Inmat | 11.89 | 70.01 |
| 12/04/07 | Disbursements | 80 Postage | 338390 | Chk #137465 | g1204040, DOC: 523 Fund Inmate, Inv. Date: 12/04/2007 | -11.89 | 58.12 |
| 12/06/07 | Mail Room | 01 MO/Checks (Not Held) | 3402164 | 11123363878 | Ward, Eddie Mae | 50.00 | 108.12 |
| 12/10/07 | Point of Sale | 60 Commissary | 3447142 | 516699 | Commissary | -45.53 | 62.59 |
| 12/12/07 | Disbursements | 80 Postage | 346390 | Chk #137575 | g1210078, DOC: 523 Fund Inmate, Inv. Date: 12/10/2007 | -.90 | 61.69 |
| 12/12/07 | Disbursements | 80 Postage | 346390 | Chk #137575 | g1210324, DOC: 523 Fund Inmate, Inv. Date: 12/10/2007 | -.90 | 60.79 |
| 12/12/07 | Disbursements | 88 pair of black koss TD65 stereo headphone | 346390 | Chk #137588 | C1210023, Koss,   Inv. Date: 12/10/2007 | -6.00 | 54.79 |
| 12/12/07 | Payroll | 20 Payroll Adjustment | 346190 | | P/R month of 11/2007 | 8.84 | 63.63 |
| 12/14/07 | Disbursements | 84 Library | 348390 | Chk #137608 | C1212167, DOC: 523 Fund Librar, Inv. Date: 12/12/2007 | -.25 | 63.38 |
| 12/14/07 | Disbursements | 80 Postage | 348390 | Chk #137609 | g1212044, DOC: 523 Fund Inmate, Inv. Date: 12/12/2007 | -.41 | 62.97 |
| 12/14/07 | Disbursements | 80 Postage | 348390 | Chk #137609 | C1212004, DOC: 523 Fund Inmate, Inv. Date: 12/12/2007 | .41 | 63.38 |
| 12/18/07 | Point of Sale | 60 Commissary | 3527142 | 518364 | Commissary | -52.41 | 10.97 |
| 12/26/07 | Mail Room | 01 MO/Checks (Not Held) | 3602164 | R100836086384 | Ferguson, Oma | 10.00 | 20.97 |

Date: 3/20/2008
Time: 8:05am
d_list_inmate_trans_statement_composite

**Stateville Correctional Center**
**Trust Fund**
Inmate Transaction Statement

REPORT CRITERIA - Date: 09/20/2007 thru End;   Inmate: N57945;   Active Status Only ? : No;   Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print
Balance Errors Only ? : No

**Inmate: N57945 Shoultz, Tony E.**   **Housing Unit: STA-C -10-47**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 12/27/07 | Mail Room | 01 MO/Checks (Not Held) | 3612164 | 11128724065 | Mom, No Name | 25.00 | 45.97 |
| 12/28/07 | Disbursements | 80 Postage | 362390 | Chk #137927 | g1220040, DOC: 523 Fund Inmate, Inv. Date: 12/20/2007 | -.41 | 45.56 |
| 01/03/08 | Point of Sale | 60 Commissary | 003783 | 519797 | Commissary | -35.22 | 10.34 |
| 01/04/08 | Mail Room | 01 MO/Checks (Not Held) | 0042164 | 418585974 | VCM Bethel AME, Church | 10.00 | 20.34 |
| 01/04/08 | Mail Room | 01 MO/Checks (Not Held) | 0042164 | 346003 | Lasley, Gerald | 35.00 | 55.34 |
| 01/08/08 | Mail Room | 01 MO/Checks (Not Held) | 0082164 | 11949733416 | Ward, Eddie Mae | 50.00 | 105.34 |
| 01/08/08 | Mail Room | 01 MO/Checks (Not Held) | 0082164 | 11949733427 | Ward, Eddie Mae | 50.00 | 155.34 |
| 01/08/08 | Disbursements | 93 R & C - UPS | 008390 | Chk #138025 | w80107 019, Central Inmate Ben, Inv. Date: 01/07/2008 | -4.54 | 150.80 |
| 01/08/08 | Disbursements | 80 Postage | 008390 | Chk #138042 | C0107147, DOC: 523 Fund Inmate, Inv. Date: 01/07/2008 | -.41 | 150.39 |
| 01/09/08 | Payroll | 20 Payroll Adjustment | 009190 | | P/R month of 12/2007 | 8.16 | 158.55 |
| 01/11/08 | Disbursements | 80 Postage | 011390 | Chk #138101 | g0109047, DOC: 523 Fund Inmate, Inv. Date: 01/09/2008 | -.82 | 157.73 |
| 01/11/08 | Point of Sale | 60 Commissary | 0117142 | 520875 | Commissary | -39.93 | 117.80 |
| 01/16/08 | Disbursements | 80 Postage | 016390 | Chk #138263 | g0115024, DOC: 523 Fund Inmate, Inv. Date: 01/15/2008 | -.82 | 116.98 |
| 01/18/08 | Mail Room | 01 MO/Checks (Not Held) | 0182175 | 11786920020 | Ward, Eddie | 50.00 | 166.98 |
| 01/21/08 | Point of Sale | 60 Commissary | 021720 | 522385 | Commissary | -82.07 | 84.91 |
| 01/24/08 | Disbursements | 80 Postage | 024390 | Chk #138419 | C0123024, DOC: 523 Fund Inmate, Inv. Date: 01/23/2008 | -.41 | 84.50 |
| 01/24/08 | Disbursements | 80 Postage | 024390 | Chk #138419 | g0117001, DOC: 523 Fund Inmate, Inv. Date: 01/17/2008 | -11.60 | 72.90 |
| 01/24/08 | Mail Room | 01 MO/Checks (Not Held) | 0242175 | 11420033837 | Shoultz, Vera | 25.00 | 97.90 |
| 01/29/08 | Point of Sale | 60 Commissary | 0297142 | 523271 | Commissary | -30.32 | 67.58 |
| 02/08/08 | Payroll | 20 Payroll Adjustment | 039190 | | P/R month of 01/2008 | 10.00 | 77.58 |
| 02/13/08 | Disbursements | 88 fee for local rules | 044390 | Chk #138777 | C0211036, U.S. District Court,, Inv. Date: 02/11/2008 | -10.50 | 67.08 |
| 02/13/08 | Disbursements | 88 tithes & advent offerings | 044390 | Chk #138783 | C0211023, Rev. Dr. Jeremiah A., Inv. Date: 02/11/2008 | -50.00 | 17.08 |
| 02/18/08 | Point of Sale | 60 Commissary | 049783 | 526394 | Commissary | -10.06 | 7.02 |
| 03/04/08 | Mail Room | 01 MO/Checks (Not Held) | 0642175 | 11786926386 | Ward, Eddie | 50.00 | 57.02 |
| 03/10/08 | Point of Sale | 60 Commissary | 0707142 | 528697 | Commissary | -53.61 | 3.41 |
| 03/10/08 | Payroll | 20 Payroll Adjustment | 070190 | | P/R month of 02/2008 | 9.86 | 13.27 |
| 03/17/08 | Point of Sale | 60 Commissary | 077783 | 529820 | Commissary | -12.00 | 1.27 |

|  |  |
|---|---|
| Total Inmate Funds: | 1.27 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | 1.27 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |