(1) ORIGINAL
-AND-
(2) COPIES
c/o JUDGE CHARLES P. KOCORAS
c/o ATT.GEN. LISA M. MADIGAN
(ENCLOSED)

# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Plaintiff(s) TONY SHOULTZ, PRO SE )
)
) Case Number: 08C2110
V. )
) FILED
Defendant(s) WARDEN ) APR 15 2008
TERRY L. McCANN ) Apr 15 2008
) MICHAEL W. DOBBINS Judge:
CLERK, U.S. DISTRICT COURT

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, MR. SHOULTZ, TONY ,declare that I am the (check appropriate box)
   [X] plaintiff   [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding[NOTE: This item must be completed]: THROUGH THE CHICAGO, IL. LAW FIRMS WITH PRO BONO PROGRAMS AND IN SPRINGFIELD, ILLINOIS..

3. In further support of my motion, I declare that (check appropriate box):
   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [X] I have attached an original Application for Leave to Proceed In Forma Pauperis in the proceeding detailing my financial status.
   [ ] I have previously filed an Application for Leave to Proceed In Forma Pauperis in this proceeding, and it is a true and correct representation of my financial status.
   [ ] I have previously filed an Application for Leave to Proceed In Forma Pauperis in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_____       STATEVILLE CORRECTION
Movant's Signature            CENTER, P.O. BOX-#112,
                              Street Address   ROUTE-#53

March 24, 2008                 JOLIET, ILLINOIS
Date                           City, State, ZIP   60434

*HAVE NEVER BEEN REPRESENT-ED BY <u>AN</u> ATTORNEY, WITHIN THIS COURT.*

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _____   Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____   Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____   Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____   Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐