Mr. Shoultz #N73045
Stateville Correction Center
Post Office Box - #112
Joliet, Illinois
60434

Ⓐ

08C2110

FILED
MARCH 24, 2008
APR 18 2008 aew
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
APR 18 2008

IN THE
UNITED STATES
DISTRICT
COURT
NORTHERN DISTRICT
OF ILLINOIS
CLERK OF THE COURT
HONORABLE
MICHAEL W. DOBBINS
219 South Dearborn St., 20th Floor
Chicago, Illinois
60604

Requesting (A-B).

IN RE: TO SUBMITTING MY FILING FEE OF $5.00 WITHIN THIS LETTER FOR PAYMENT UPON MY HABEAS CORPUS PETITION TO BE FILED.

A.) →

-AND-

B.) → LR16.1.3. PART B. DEFENDANT'S SUMMARY OF DAMAGES, ASSUMING LIABILITY QUESTIONS (1-7). AFTER THAT SHEET, THERE WAS BLANK SHEETS OF PAPER. (IN WHICH I MUST HAVE THOSE PRINTED DOCUMENTS, MISSING FROM MY U.S. DIST. LOCAL RULES).

DEAR HONORABLE MICHAEL W. DOBBINS:
I, MR. SHOULTZ, do swear or declare on this date March 24, 2008. I have served the enclosed (2) pg. letter and FIVE-DOLLARS on the clerk of court for the above Filing Fee and Requested missing documents from my U.S. Dist. Court Local rules

-#1 OF 2-

(A-B), above fee and requesting missing documents, from Local rules, U.S. Dist. Court, in the United States mail properly addressed to HIM and with first-class postage prepaid, for delivery with (3) calendar days.

28 U.S.C. § 1746(2) If executed within the United States, its territories, possessions, or commonwealths: "I declare (or certify, verify, or state) under penalty of perjury that the foregoing is TRUE and CORRECT."

(date): March 24, 2008. (signature) M. Shoultz.

Clerk of the Court, Mr. Michael W. Dobbins. We are still on Institutional lockdown, PLEASE! Assist me, on recording my filing fee of $5.00 for Habeas Corpus petitioning. And to send me the missing copies, within my U.S. Dist Court Local rules, in which, I stated in the caption. On page ONE. (A-B).

Your prompt, concern and attention will be, as always, HIGHLY REGARDED, on the above requests.

As I's <u>THANK YOU</u>, IN Advance.
<u>GOD BLESS.</u>

I REMAIN.

Respectfully Yours,
Mr. t. shoultz :.

(P.S.) Requesting (A-B) ..

T.S./t.s.
ORIGIN: ~~Michael W. Dobbins~~ Clerk of Court.
C.C.: Ms. Eddie M. Ward; Fianceé.
Shoultz's; Family members.

FILE.
ENCLOSURE: CHECK FOR ($5.00) Filing fees - Habeas Corpus. -2 of 2-