

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS                                                                                               OFFICE OF THE CLERK
Clerk                                                                                                                              Telephone: (312) 435-5698

May 2, 2008

Ms. Pam Robinson, Clerk
US District Court for the
  Central District of Illinois
151 Paul Findley Federal Building
   US Courthouse
600 East Monroe Street
Springfield, Illinois 62701

        RE: Tony Shoultz Vs. Terry L. McCann
              US District Court, N.D. IL, E. Div., Case #08-CV-2110 (Judge Manning)

Dear Ms. Robinson:

Pursuant to the order of entered by the Honorable Blanche M. Manning on April 15, 2008, the above record

■        was electronically transmitted to Central District of Illinois at Springfield.

■        The following paper documents are being transferred to the court by certified mail
         nno. 7004-2510-0001-9550-8283:   Document numbers: 1 and 3.

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

                                                            Sincerely yours,

                                                            Michael W. Dobbins, Clerk


                                                            Angela Revis,
                                                            Deputy Clerk


Enc.

cc: Chief of Criminal Appeals (IL Attorney's General Office)
     Tony Shoultz, Petitioner,


New Case No. _____        Date _____

Case 1:08-cv-02110  Document 10  Filed 05/02/2008  Page 2 of 2