

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**　　　　　　　　　　　　　　　　　　　　**OFFICE OF THE CLERK**
Clerk　　　　　　　　　　　　May 7, 2008　　　　　　　Telephone: (312) 435-5698

Ms. Pam Robinson, Clerk
US District Court for the
　Central District of Illinois
151 Paul Findley Federal Building
　US Courthouse
600 East Monroe Street
Springfield, Illinois 62701

　　　　　　　RE: (Supplement to transferred record)
　　　　　　　　US District Court, C.D. IL (Springfield) Case #3:08-CV-03109
　　　　　　　　Tony Shoultz Vs. Terry L. McCann
　　　　　　　　<u>US District Court, N.D. IL, E. Div., Case #08-CV-2110 (Judge Manning)</u>

Dear Ms. Robinson:

The case cited above was electronically transferred to your Court and acknowledged on May 2, 2008.

We are herewith electronically transferring a supplement, specifically, a minute order issued by Judge Blanche M. Manning, dated May 6, 2008. This document has not been docketed in this Court.

Please acknowledge receipt at your earliest convenience.

If you have any questions or inquiries, please contact the undersigned either by e-mail or telephone: (312) 435-5698.

　　　　　　　　　　　　　　　　　　　Sincerely yours,

　　　　　　　　　　　　　　　　　　　Michael W. Dobbins, Clerk


　　　　　　　　　　　　　　　　　　　Angela Revis,
　　　　　　　　　　　　　　　　　　　Deputy Clerk

Att.

cc: Chief of Criminal Appeals (IL Attorney General's Office)
　　Tony Shoultz

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | BLANCHE M. MANNING | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2110 | **DATE** | May 6, 2008 |
| **CASE TITLE** | United States ex rel. Tony Shoultz (#N-57945) vs. Warden Terry McCann | | |

**DOCKET ENTRY TEXT:**

The petitioner's request to submit the submit the filing fee and a summary of damages [#9] is denied as moot. By Minute Order of April 15, 2008, the court transferred this action to the United States District Court for the Central District of Illinois (Springfield Division) for all further proceedings. Any further motions or pleadings must be filed in the Central District under the new case number. The case is closed on this court's docket.

■ [Docketing to mail notices.]

mjm