*United States District Court*
Northern District of Illinois - Eastern Division
United States Courthouse
219 South Dearborn Street - Room 2010
Chicago, Illinois  60604

| | |
|---|---|
| Michael W. Dobbins, | Office of the Clerk |
| Clerk | Telephone:  (312) 435-5698 |

May 8, 2008

Ms. Pam Robinson, Clerk
US District Court for the
Central District of Illinois
151 Paul Findley Federal Building
US Courthouse
600 East Monroe Street
Springfield, Illinois 62701

> RE: Tony Shoultz Vs.  Terry McCann
> US District Court, C.D. IL (Springfield) Case #3:08-CV-03109
> <u>US District Court, N.D. IL, E. Div., Case #08-CV-2110 (Judge Manning)</u>

Dear Ms. Robinson:

Since this case was transferred to your Court electronically on May 2, 2008, we have located the paper version of our docket entry no. 5, specifically, Plaintiff's Motion for Appointment of Counsel.

Please find enclosed the above named document together with a certified copy of our amended docket sheet..

Please acknowledge receipt on the enclosed copy of this letter.

> Sincerely yours,
>
> Michael W. Dobbins, Clerk
>
>
>
> Angela Revis,
> Deputy Clerk

Enc.

cc: Chief of Criminal Appeals (IL Attorney General's Office)
    Tonly Shoultz