

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604



MHW

**MICHAEL W. DOBBINS**
Clerk

**OFFICE OF THE CLERK**
Telephone: (312) 435-5698

May 2, 2008

Ms. Pam Robinson, Clerk
US District Court for the
   Central District of Illinois
151 Paul Findley Federal Building
   US Courthouse
600 East Monroe Street
Springfield, Illinois 62701

FILED
5-9-2008
MAY 09 2008   YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

COPY

RE: Tony Shoultz Vs. Terry L. McCann
    US District Court, N.D. IL, E. Div., Case #08-CV-2110 (Judge Manning)

Dear Ms. Robinson:

Pursuant to the order of entered by the Honorable Blanche M. Manning on April 15, 2008, the above record

- was electronically transmitted to Central District of Illinois at Springfield.

- The following paper documents are being transferred to the court by certified mail nno. 7004-2510-0001-9550-8283:   Document numbers: 1 and 3.

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

Angela Revis,
Deputy Clerk

Enc.

cc: Chief of Criminal Appeals (IL Attorney's General Office)
    Tony Shoultz, Petitioner,

New Case No. __08-3109__          Date __5-5-08__

*Christy Taylor*