CHb

08CV2110

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Steu Gregun_  ☒ Agent ☐ Addressee

B. Received by (Printed Name): Steve Gregun
C. Date of Delivery: 5·5·08

1. Article Addressed to: 08-CV-2110

PAM ROBINSON, CLERK
US DISTRICT COURT
151 PAUL FINDLEY FEDERAL BUILDING
& US COURTHOUSE
600 E MONROE ST
SPRINGFIELD IL 62701

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 2510 0001 9550 8283

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**FILED**

MAY 1 2 2008 PH
May 12 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT